UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES STURM, | No. 2:13-cv-2122-MCE-EFB P |
| Petitioner, | |
| v. | ORDER |
| BRAZELTON, | |
| Respondent. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 7, 2014, petitioner requested an extension of time to file his objections to the July 29, 2014 findings and recommendations.

Good cause appearing, it is ORDERED that petitioner's request (ECF No. 8) is granted and petitioner has 30 days from the date this order is served to file his objections.

Dated: August 28, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE